# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | No. 1:01-cr-0182 |
| | : | No. 1:01-cr-0152 |
| v. | : | No. 1:00-cr-0350 |
| | : | No. 1:00-cr-0198 |
| | : | |
| DAVID ARTHUR LUCAS | : | (Judge Kane) |
| | : | |

## ORDER

**AND NOW**, on this 22nd day of August 2019, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner David Arthur Lucas's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 in criminal case number 1:01-cr-182 (Doc. No. 25), as supplemented by Doc. No. 27, is **DENIED**;[1]

2. A certificate appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** civil case numbers 1:16-cv-01310; 1:16-cv-01314, 1:16-cv-01315, and 1:16-cv-01316.

                                                      s/ Yvette Kane
                                                      Yvette Kane, District Judge
                                                      United States District Court
                                                      Middle District of Pennsylvania

---

[1] Petitioner's motions to vacate in criminal case numbers 1:01-cr-0152 (Doc. No. 22); 1:00-cr-0350 (Doc. No. 21); and 1:00-cr-0198 (Doc. No. 53) are similarly **DENIED**.